May 4, 1979

413 A.2d 1111

Commonwealth v. George Jones, Appellant.

Submitted June 27, 1978. George B. Ditter, Assistant Public Defender, for appellant; James A. Cunningham, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAETH, J. filed a dissenting statement in which CERCONE, P. J., joined.

JACOBS, former P. J. and HOFFMAN, J., did not partici-
pate in the consideration or decision of this case.